UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BEER, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP.; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 21-CV-2124 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND**<br><br>(ECF No. 6) |

Presently before the Court is the Parties' Joint Motion to Remand Case to State Court (ECF No. 6). Good cause appearing, the Court **GRANTS** the Joint Motion. The Court **REMANDS** this case to the Superior Court of California, County of San Diego, Case No. 37-2021-00038365-CU-OE-NC. Each party shall bear its own attorneys' fees and costs with respect to any filings prepared in the federal court matter.

**IT IS SO ORDERED.**

Dated: January 26, 2022

　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　United States District Judge